**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TERRANCE ALLEN BARGNARE,

      Petitioner,

v.                                                                          Case No.:  3:14cv567/MCR/EMT

STATE OF FLORIDA,

      Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 27, 2014.  (Doc. 4).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This action is **DISMISSED**.

3.      The clerk shall enter judgment accordingly and close the file.

**DONE AND ORDERED** this 1st day of December, 2014.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF  UNITED  STATES  DISTRICT  JUDGE**